IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| Southern Glazer's Distributors of Ohio, LLC, Plaintiff and Counterclaim Defendant, <br><br> v. <br><br> The Great Lakes Brewing Company, et al., Defendants, <br><br> v. <br><br> Southern Wine & Spirits of America, Inc., et al. Third Party Defendants. | Case No. 2:16-cv-00861 <br><br> Judge Watson <br><br> Magistrate Judge Deavers |

## ORDER GRANTING MOTION TO SEAL

Upon consideration of Plaintiff Southern Glazer's Distributors of Ohio, LLC's Motion to Seal Certain Materials Relating to Plaintiff's Renewed Motion for Injunctive Relief and Consolidation with Trial on the Merits, and for good cause shown, the Court has determined that Plaintiff's motion should be GRANTED.

IT IS THEREFORE ORDERED that Plaintiff's motion is granted. The Court orders the following documents sealed:

1. The redacted pages 5-7 of Plaintiff's Renewed Motion for Injunctive Relief and Consolidation with Trial on the Merits; and

2. The entirety of Exhibit 1-6, 12, and 15-19 to the Declaration of Aaron T. Brogdon filed with said Motion.

IT IS SO ORDERED.

June 29, 2017
DATE

ELIZABETH A. DEAVERS
UNITED STATES MAGISTRATE JUDGE